IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH

| | |
|---|---|
| BRIANNA GABRIEL, | ) |
| Plaintiff, | ) 2:23-CV-01846-MJH |
| vs. | ) |
| COUNTY OF ALLEGHENY, | ) |
| Defendant, | ) |

### ORDER

AND NOW, this 2nd day of June 2025, upon consideration of Plaintiff's Amended Complaint, (ECF No. 26), and Defendant's Motion to Dismiss and accompanying brief, (ECF Nos. 27 & 28), it is so ordered that Defendant's Motion to Dismiss is GRANTED. All claims and counts within Plaintiff's Amended Complaint are dismissed, with prejudice. The clerk shall mark this case as closed.

BY THE COURT:

*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge